IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC YOUNG                                         :

                                                   :

       v.                                          :        CIVIL ACTION NO.  02-3004

                                                   :

WILLIAM WOLFE, ET AL.                              :

                                                   :

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this            day of           ,           , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable CAROL SANDRA MOORE WELLS, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
JOHN P. FULLAM, J.

civrr